UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMAD DAROUIAN,<br>Plaintiff, | CIVIL NO. 302CV927(RNC) |
| VS. | |
| H.P. HOOD, INC., TOM MEDLOCK<br>NED KERSHNER, NANCY CARROLL<br>AND MARGARET POOLE<br>Defendants. | DECEMBER 8, 2003 |

## DEFENDANTS' MOTION FOR
## ENLARGEMENT OF DISCOVERY DEADLINE

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Defendants hereby move for a sixty (60) day enlargement of time, up to and including February 27, 2004, for the close of discovery. In support of this Motion, Defendants state as follows:

1. After a pre-filing conference held on the record in open court on October 1, 2003 at which counsel for both parties were present, the Court ordered that Plaintiff respond to all outstanding discovery by October 10, 2003 and that all discovery be completed by December 29, 2003. Plaintiff's counsel represented on the record that he would have the discovery responses served within a week. The Court also confirmed that Plaintiff's Opposition to Defendants' Motion to Dismiss was due on October 14, 2003 and that Plaintiff's counsel was to

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

fax a copy to Defendant's counsel.

2. Plaintiff has not responded in any way to Defendants' request for production of the outstanding discovery described in Defendants' Motion to Dismiss dated September 22, 2003. Plaintiff also has not responded to Defendant's Second Set of Interrogatories and Requests for Production dated August 26, 2003 nor has Plaintiff paid the fees awarded to Defendant by this Court. Moreover, Defendants' have not received an opposition to the Motion to Dismiss. The Motion to Dismiss is pending before the Court.

3. Defendants' counsel has been unable to reach Plaintiff's counsel by telephone or by mail since the October 1, 2003 hearing. On October 28, 2003, Defendants' counsel sent Plaintiff's counsel a letter stating "Plaintiff's response to all of the outstanding discovery was due on October 10, 2003 and Plaintiff's opposition to Defendants' Motion to Dismiss was due on October 14, 2003. To date, Defendants have received no discovery responses and no opposition to the Motion to Dismiss. As you may recall, the Court ordered that the opposition be faxed to my office. Additionally, Defendants have received no payment of the sanctions awarded by the Court." (A copy is attached as Exhibit 1 hereto.) This letter was sent by certified mail and was returned by the post office on December 8, 2003 to Defendants' counsel as unclaimed by Plaintiff's counsel.

4. Plaintiff continues to blatantly ignore deadlines, Court orders, and the Rules of Civil procedure. Despite repeated warnings from the Court that failure to comply with Orders and discovery obligations would subject Plaintiff to additional sanctions, including dismissal of the case, Plaintiff has not complied.

5. Plaintiff's continued delays and failure to respond to Court orders and deadlines has unduly prejudiced Defendants' ability to obtain discovery of documents and

information despite Defendants' diligent efforts to proceed with this matter.

      6.    This is the fourth Motion for Enlargement of Time to extend the discovery deadlines. The undersigned counsel for Defendants has been unable to reach Plaintiff's counsel to request his position on this Motion.

WHEREFORE, Defendant respectfully moves for a sixty (60) day enlargement of time, up to and including February 27, 2004, for the close of discovery.

                                                                   DEFENDANTS,
                                                                   H.P. HOOD, INC., TOM MEDLOCK
                                                                   NED KERSHNER, NANCY CARROLL
                                                                   AND MARGARET POOLE

By:      _____
             Tasos C. Paindiris (ct 16739)
             Jackson Lewis LLP
             55 Farmington Avenue, Suite 1200
             Hartford, CT 06105
             Tel: (860) 522-0404
             Fax: (860) 247-1330
             E-mail: paindirt@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 8th day of December, 2003, to the following counsel of record:

Paul M. Ngobeni
914 Main Street
Suite 206
East Hartford, CT  06108


_____
Tasos C. Paindiris