UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED

2003 DEC 15 P 2: 49

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| SAMAD DAROUIAN,<br>Plaintiff, | CIVIL NO. 302CV927(RNC) |
| VS. | |
| H.P. HOOD, INC., TOM MEDLOCK<br>NED KERSHNER, NANCY CARROLL<br>AND MARGARET POOLE<br>Defendants. | DECEMBER 12, 2003 |

## APPEARANCE

Please enter the appearance of the undersigned counsel in the above captioned matter on behalf of the Defendants, Tom Medlock, Ned Kershner, Nancy Carroll and Margaret Poole.

DEFENDANTS,
H.P. HOOD, INC., TOM MEDLOCK
NED KERSHNER, NANCY CARROLL
AND MARGARET POOLE

By: _____
Tasos C. Paindiris (ct 16739)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel: (860) 522-0404
Fax: (860) 247-1330
E-mail: paindirt@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 12th day of December, 2003, to the following counsel of record:

>Paul M. Ngobeni
>914 Main Street
>Suite 206
>East Hartford, CT  06108

_____
Tasos C. Paindiris