64

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMAD DAROUIAN,<br>     Plaintiff, | CIVIL NO. 302CV927(RNC)(DFM) |
| VS. | |
| H.P. HOOD, INC., TOM MEDLOCK<br>NED KERSHNER, NANCY CARROLL<br>AND MARGARET POOLE<br>     Defendants. | DECEMBER 8, 2003 |

### DEFENDANTS' MOTION FOR
### ENLARGEMENT OF DISCOVERY DEADLINE

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Defendants hereby move for a sixty (60) day enlargement of time, up to and including February 27, 2004, for the close of discovery. In support of this Motion, Defendants state as follows:

1. After a pre-filing conference held on the record in open court on October 2, [illegible] at which counsel for both parties were present, the Court ordered that Plaintiff respond to all outstanding discovery by October 10, 2003 and that all discovery be completed by December [illegible]. Plaintiff's counsel represented on the record that he would have the discovery responses served within a week. The Court also confirmed that Plaintiff's Opposition to Defendants' Motion to Dismiss was due on October 14, 2003 and that Plaintiff's counsel was to

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

[Handwritten margin note:]
GRANTED. All discovery, including discovery relating to expert witnesses, shall be completed (not propounded) by 2/27/04. By 4/13/04, the defendant shall file its motion for summary judgment. If no motion for summary judgment is filed, the parties' Joint Trial Memorandum shall be filed on or before 4/13/04. Counsel signing the memorandum must certify that it is the product of consultation between the lawyers who will be trying the case. If a summary judgment motion is filed, the Joint Trial Memorandum will be due 30 days after a ruling on the motion. SO ORDERED.

Ronald F. Martinez, U.S.M.J.
12/22/03