GRANTED. So ordered. 1/26/04.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMAD DAROUIAN<br>    Plaintiff<br>vs.<br>H.P. HOOD INC. et al.<br>    Defendant | )<br>)  Civil Action No.<br>)  3:02 CV927(RNC)<br>)<br>)<br>)  JANUARY 21, 2004. |

## CONSENT MOTION FOR CONTINUANCE OF ORAL ARGUMENT ON MOTION TO DISMISS

Plaintiff, SAMAD DAROUIAN, hereby moves this Court to continue the Oral Argument on defendants' Motion to Dismiss scheduled for January 27, 2004, at 9:00 a.m.  In support of his Motion, plaintiff states the following:

1. Plaintiff's counsel is scheduled for a Final Pretrial conference with Judge Janet Hall in U.S. District Court, Bridgeport on January 27, 2004 in the matter of **Tammy Richardson vs. Metropolitan District, 3:00 CV 1062(JCH)** which is also scheduled for jury selection on February 4, 2004.  Counsel for the plaintiff is scheduled to be out of state from January 25 2004 through noon of January 27, 2004 and will therefore be unavailable for the hearing.  Counsel also requests that the matter be continued to any future dates **except for the following on which he already has trial commitments: January 28, 29, 30, 2004, and February 2, 4- 10, 2004**.

2. On January 23, 2003 at 9:20 a.m. counsel for the plaintiff telephoned Attorney Tasos Paindiris, counsel for the defendants to discuss the above request.  Attorney Paindiris has no objection to the said request.  This is plaintiff's first request for an extension of time or continuance in connection with the Motion to Dismiss.

FILED 2004 JAN 26 A 11:43 U.S. DISTRICT COURT HARTFORD, CT.