UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAMAD DAROUIAN,                     :
    Plaintiff,                     :
                                    :
v.                                  :   CASE NO. 3:02CV927(RNC)
                                    :
H.P. HOOD, INC., ET AL.,            :
    Defendants.                    :

### ORDER

Pending before the court is the Defendants' Motion to Dismiss. (Doc. #60). It is hereby ORDERED that:

1. Plaintiff's counsel and the plaintiff shall appear before the undersigned on **Wednesday, February 11, 2004 at 9:30 a.m.** for a hearing on the Defendants' Motion to Dismiss.

2. On or before **February 6, 2004**, plaintiff's counsel shall cause a copy of this order to be served on the plaintiff, Samad Darouian, and shall submit proof of service to the court.

3. The plaintiff's counsel and plaintiff are on notice that failure to comply with these orders may subject the plaintiff's counsel and plaintiff to sanctions, including the sanction of dismissal of this action with prejudice.

SO ORDERED at Hartford, Connecticut this 30th day of January, 2004.

Donna F. Martinez
United States Magistrate Judge