UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMAD DAROUIAN,<br>Plaintiff, | CIVIL NO. 302CV927(RNC) |
| VS. | |
| H.P. HOOD, INC., TOM MEDLOCK<br>NED KERSHNER, NANCY CARROLL<br>AND MARGARET POOLE<br>Defendants. | February 3, 2004 |

**DEFENDANTS' MOTION FOR
ENLARGEMENT OF DISCOVERY DEADLINE**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Defendants hereby move for a sixty (60) day enlargement of time, up to and including April 27, 2004, for the close of discovery. Defendants also request a corresponding 60 day extension of the deadline for filing summary judgment, to June 14, 2004. In support of this Motion, Defendants state as follows:

1. After a pre-filing conference held on the record in open court on October 1, 2003 at which counsel for both parties were present, the Court ordered that Plaintiff respond to all outstanding discovery by October 10, 2003 and that all discovery be completed by December 29, 2003. Plaintiff's counsel represented on the record that he would have the discovery responses served within a week. The Court also confirmed that Plaintiff's Opposition to Defendants' Motion to Dismiss was due on October 14, 2003 and that Plaintiff's counsel was to

fax a copy to Defendant's counsel.

2. Plaintiff has not responded in any way to Defendants' request for production of the outstanding discovery described in Defendants' Motion to Dismiss dated September 22, 2003. Plaintiff also has not responded to Defendant's Second Set of Interrogatories and Requests for Production dated August 26, 2003 nor has Plaintiff paid the fees awarded to Defendant by this Court. Moreover, Defendants' have not received an opposition to the Motion to Dismiss. The Motion to Dismiss is pending before the Court.

3. Plaintiff continues to blatantly ignore deadlines, Court orders, and the Rules of Civil procedure. Despite repeated warnings from the Court that failure to comply with Orders and discovery obligations would subject Plaintiff to additional sanctions, including dismissal of the case, Plaintiff has not complied.

4. Defendants previously requested an extension of the discovery deadline from December 29, 2003 to February 27, 2004. The request was granted by the Court.

5. Plaintiff's continued delays and failure to respond to Court orders and deadlines has unduly prejudiced Defendants' ability to obtain discovery of documents and information despite Defendants' diligent efforts to proceed with this matter.

6. This is the fifth Motion for Enlargement of Time to extend the discovery deadlines. The undersigned counsel for Defendants called Plaintiff's counsel and left a voice mail message to request his position on this Motion but has not heard back from him as of the filing of this Motion.

WHEREFORE, Defendant respectfully moves for a sixty (60) day enlargement of time, up to and including April 27, 2004, for the close of discovery.

- 2 -

DEFENDANTS,
H.P. HOOD, INC., TOM MEDLOCK
NED KERSHNER, NANCY CARROLL
AND MARGARET POOLE

By: _____
Tasos C. Paindiris (ct 16739)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel: (860) 522-0404
Fax: (860) 247-1330
E-mail: paindirt@jacksonlewis.com

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 3rd day of February, 2004, to the following counsel of record:

Paul M. Ngobeni
914 Main Street
Suite 206
East Hartford, CT  06108


_____
Tasos C. Paindiris