UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMAD DAROUIAN,<br>Plaintiff, | CIVIL NO. 302CV927(RNC) |
| VS. | |
| H.P. HOOD, INC., TOM MEDLOCK<br>NED KERSHNER, NANCY CARROLL<br>AND MARGARET POOLE<br>Defendants. | February 3, 2004 |

**DEFENDANTS' MOTION FOR
ENLARGEMENT OF DISCOVERY DEADLINE**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Defendants hereby move for a sixty (60) day enlargement of time, up to and including April 27, 2004, for the close of discovery. Defendants also request a corresponding 60 day extension of the deadline for filing summary judgment, to June 14, 2004. In support of this Motion, Defendants state as follows:

1.  After a pre-filing conference held on the record in open court on October 1, 2003 at which counsel for both parties were present, the Court ordered that Plaintiff respond to all outstanding discovery by October 10, 2003 and that all discovery be completed by December 29, 2003. Plaintiff's counsel represented on the record that he would have the discovery responses served within a week. The Court also confirmed that Plaintiff's Opposition to Defendants' Motion to Dismiss was due on October 14, 2003 and that Plaintiff's counsel was to

*GRANTED. So ordered. 2/10/04*