UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 13 A 11: 38
U.S. DISTRICT COURT
HARTFORD, CT.

SAMAD DAROUIAN,

    Plaintiff,

v.                      CASE NO.   3:02CV927(RNC)

H.P. HOOD, INC., ET AL.,

    Defendants.

### SUPERSEDING ORDER

Pending before the court is the Defendants' Motion to Dismiss. (Doc. #60.)  It is hereby ORDERED that:

1.  Plaintiff's counsel and the plaintiff shall appear before the undersigned on **Thursday, February 26, 2004 at 2:00 p.m.** for oral argument on the Defendants' Motion to Dismiss.

2.  On or before **February 19, 2004**, plaintiff's counsel shall cause a copy of this order to be served on the plaintiff, Samad Darouian, and shall submit proof of service to the court.

3.  The plaintiff's counsel and plaintiff are on notice that failure to comply with these orders may subject the plaintiff's counsel and plaintiff to sanctions, including the sanction of dismissal of this action with prejudice.

SO ORDERED at Hartford, Connecticut this 12th day of February, 2004.

                                            Donna F. Martinez
                                            United States Magistrate Judge