CT/cvmhrg (January 10, 2002)

TOTAL TIME: __1__ hours __41__ minutes

HONORABLE D.F. Martinez

DEPUTY CLERK R.K. Wood

RPTR/ERO/TAPE S. Bowles

DATE 2/26/04

START TIME 2:09 p.m. END TIME 3:50 p.m.

RECESS FROM _____ TO _____

LUNCH RECESS FROM _____ TO _____ (if more than 1/2 hour)

Darouian

CIVIL NO. 3:02CV927(RNC)

§
§
§
§
§

P. Ngobeni
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Hood

T. Paindiris
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ .... #60 | Motion to Dismiss | | ☐ granted | ☐ denied | ☑ advisement |
| ☐ .... # | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |

☐ ........ ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

| | filed | docketed |
|---|---|---|
| ☐ ........ _____ | ☐ filed | ☐ docketed |
| ☐ ........ _____ | ☐ filed | ☐ docketed |
| ☐ ........ _____ | ☐ filed | ☐ docketed |
| ☐ ........ _____ | ☐ filed | ☐ docketed |
| ☐ ........ _____ | ☐ filed | ☐ docketed |
| ☐ ........ _____ | ☐ filed | ☐ docketed |
| ☐ ........ _____ | ☐ filed | ☐ docketed |
| ☐ ........ _____ | ☐ filed | ☐ docketed |
| ☐ ........ _____ | ☐ filed | ☐ docketed |

☐ ........ _____ Hearing continued until _____ at _____