AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __CT__

Darouian
v.
Hood

__Plaintiff's__ EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:02CV927(RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| D.F. Martinez | P. Ngobeni | T. Paindiris |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/26/04 | S. Bowles | R.K. Wood |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/26/04 | ✓ | ✓ | Letter - Aug. 26, 2003 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.