UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMAD DAROUIAN,<br>Plaintiff, | CIVIL NO. 302CV927(RNC) |
| VS. | |
| H.P. HOOD, INC., TOM MEDLOCK<br>NED KERSHNER, NANCY CARROLL<br>AND MARGARET POOLE<br>Defendants. | April 14, 2004 |

## DEFENDANTS' MOTION ON CONSENT FOR ENLARGEMENT OF DISCOVERY DEADLINE

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Defendants hereby move for a thirty (30) day enlargement of time, up to and including May 28, 2004, for the close of discovery. Defendants also request a corresponding thirty (30) day extension of the deadline for filing summary judgment, to July 15, 2004. In support of this Motion, Defendants state as follows:

1. On the evening of February 25, 2004 Plaintiff served responses to certain outstanding discovery in this matter.

2. On February 26, 2004 the Court held a hearing on Defendants' Motion to Dismiss for Plaintiff's failure to comply with discovery and other Court orders. That Motion is currently pending before the Court.

3. At the hearing Plaintiff represented that he would supplement his

discovery responses with any remaining outstanding items.

4. Defendants commenced Plaintiff's deposition on April 8, 2004. Plaintiff served certain supplemental discovery responses on the morning of the deposition, however, all of the discovery was not complete at the commencement of the deposition.

5. During the course of the Plaintiff's deposition on April 8, 2004, he revealed for the first time information requiring that Plaintiff further supplement certain discovery responses. Plaintiff also revealed for the first time information not previously disclosed that will require Defendants to conduct third party discovery to obtain records and/or testimony.

6. Plaintiff's continued delays have unduly prejudiced Defendants' ability to obtain discovery of documents and information despite Defendants' diligent efforts to proceed with this matter.

7. This is the sixth Motion for Enlargement of Time to extend the discovery deadlines. Plaintiff's counsel has indicated that he has no objection to this Motion.

WHEREFORE, Defendants respectfully move for a thirty (30) day enlargement of time, up to and including May 28, 2004, for the close of discovery. Defendants also request a corresponding thirty (30) day extension of the deadline for filing summary judgment, to July 15, 2004.

DEFENDANTS,
H.P. HOOD, INC., TOM MEDLOCK
NED KERSHNER, NANCY CARROLL
AND MARGARET POOLE

By: _____
Tasos C. Paindiris (ct 16739)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel: (860) 522-0404
Fax: (860) 247-1330
E-mail: paindirt@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 14th day of April, 2004, to the following counsel of record:

>   Paul M. Ngobeni
>   914 Main Street
>   Suite 206
>   East Hartford, CT  06108

_____
Tasos C. Paindiris