UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED

2004 APR 15 A 11: 23

U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| SAMAD DAROUIAN,<br>Plaintiff, | CIVIL NO. 302CV927(RNC) |
| VS. | |
| H.P. HOOD, INC., TOM MEDLOCK<br>NED KERSHNER, NANCY CARROLL<br>AND MARGARET POOLE<br>Defendants. | April 14, 2004 |

### DEFENDANTS' MOTION ON CONSENT FOR ENLARGEMENT OF DISCOVERY DEADLINE

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Defendants hereby move for a thirty (30) day enlargement of time, up to and including May 28, 2004, for the close of discovery. Defendants also request a corresponding thirty (30) day extension of the deadline for filing summary judgment, to July 15, 2004. In support of this Motion, Defendants state as follows:

1. On the evening of February 25, 2004 Plaintiff served responses to certain outstanding discovery in this matter.

2. On February 26, 2004 the Court held a hearing on Defendants' Motion to Dismiss for Plaintiff's failure to comply with discovery and other Court orders. That Motion is currently pending before the Court.

3. At the hearing Plaintiff represented that he would supplement his

[Handwritten margin notes: "77", "GRANTED. So Ordered. 4/16/04 /s/ ___ USMJ"]