UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMAD DAROUIAN,<br>Plaintiff, | CIVIL NO. 302CV927(RNC) |
| VS. | |
| H.P. HOOD, INC., TOM MEDLOCK<br>NED KERSHNER, NANCY CARROLL<br>AND MARGARET POOLE<br>Defendants. | June 29, 2004 |

**DEFENDANTS' MOTION FOR
ENLARGEMENT OF DISCOVERY DEADLINE
<u>RELATING TO PLAINTIFF'S MEDICAL RECORDS</u>**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Defendants hereby move for an enlargement of time, up to and including July 31, 2004, to conduct additional discovery relating to Plaintiff's medical records and health care providers. Defendants also request a corresponding extension of the deadline for filing summary judgment, to September 15, 2004. In support of this Motion, Defendants state as follows:

       1.      On May 27, 2004, Defendants filed a Motion for a 30 Day Enlargement of the Discovery deadline, to June 30, 2004, however, the Court has not yet ruled on that Motion. Discovery was scheduled to close in this matter on May 28, 2004 and Defendants have conducted no additional discovery in the absence of a Court order extending the deadline.

       2.      Defendants initially served interrogatories and requests for production on

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

Plaintiff in July 2002. Defendants requested certain information relating to Plaintiff's medical history as Plaintiff's claims in this case include damages for emotional distress. Plaintiff's failure to serve complete responses to discovery has been the subject of numerous motions in this case. On February 26, 2004 the Court held a hearing on Defendants' Motion to Dismiss for Plaintiff's failure to comply with discovery and other Court orders. That Motion is currently pending before the Court.

3. Plaintiff's deposition commenced on April 8, 2004 and was continued on May 17, 2004. During the course of the Plaintiff's deposition, he revealed for the first time information responsive to certain discovery responses. Plaintiff also revealed for the first time information relating to medical treatment with Doctor Jay Burton for a condition Plaintiff claims was caused by Defendants. Plaintiff executed a release for Defendants to obtain medical records from Doctor Burton. Defendants obtained Plaintiff's medical records from Doctor Burton and Doctor Burton was deposed on May 25, 2004. During the deposition of Doctor Burton, he revealed treatment Plaintiff received from numerous other health care providers that were never disclosed by Plaintiff in his discovery responses or in Plaintiff's deposition.

4. Defendants now seek to conduct additional discovery to obtain records, and if necessary testimony, from Plaintiff's other health care providers.

5. Defendants require this extension because, despite Defendants' requests in both written discovery and at Plaintiff's deposition for the identity of health care providers, Defendant did not obtain this information until Dr. Burton disclosed it during his deposition on May 25, 2004.

6. Plaintiff's failure to previously disclose this information prejudiced Defendants' ability to obtain discovery of documents and testimony prior to the May 28, 2004

2

discovery cutoff date despite Defendants' diligent efforts.

7.  This is the eighth Motion for Enlargement of Time to extend the discovery deadlines, but is the second motion limited to additional discovery related to Plaintiff's medical records and health care providers. The Court has not yet ruled on the first Motion. Defendants' counsel has been unable to reach Plaintiff's counsel for his position on this Motion.

WHEREFORE, Defendants respectfully move for an enlargement of time, up to and including July 31, 2004, to conduct additional discovery relating to Plaintiff's medical records and health care providers. Defendants also request a corresponding extension of the deadline for filing summary judgment, to September 15, 2004.

DEFENDANTS,
H.P. HOOD, INC., TOM MEDLOCK
NED KERSHNER, NANCY CARROLL
AND MARGARET POOLE

By: _____
Tasos C. Paindiris (ct 16739)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel: (860) 522-0404
Fax: (860) 247-1330
E-mail: paindirt@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 29th day of June, 2004, to the following counsel of record:

Paul M. Ngobeni
914 Main Street
Suite 206
East Hartford, CT  06108


_____
Tasos C. Paindiris