UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMAD DAROUIAN,<br>    Plaintiff | CIVIL NO. 302CV927(RNC) |
| v. | |
| HP HOOD, INC., 1 TOM MEDLOCK,<br>NED KERSHNER, NANCY CARROLL,<br>AND MARGARET POOLE,<br>    Defendants. | July 15, 2004 |

## APPEARANCE

Please enter the appearance of the undersigned counsel in the above captioned matter on behalf of all Defendants.

DEFENDANTS,
HP HOOD LLC, TOM MEDLOCK,
NED KERSHNER, NANCY CARROLL
AND MARGARET POOLE

By: _____
Tanya A. Wolanic (ct 24252)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel: (860) 522-0404
Fax: (860) 247-1330
wolanict@jacksonlewis.com

---

1 Plaintiff's former employer and the proper Defendant is HP Hood LLC, which was formerly known as HP Hood Inc. On April 5, 2004, the company changed its name to HP Hood LLC. There no longer is a legal entity with the name "HP Hood Inc."

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by certified mail, postage prepaid, on this 15th day of July, 2004, to the following:

Paul M. Ngobeni
914 Main Street
Suite 206
East Hartford, CT 06108

_____
Tanya A. Wolanic