UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMAD DAROUIAN,<br>  Plaintiff | CIVIL NO. 302CV927(RNC) |
| v. | |
| HP HOOD, INC.,[1] TOM MEDLOCK,<br>NED KERSHNER, NANCY CARROLL,<br>AND MARGARET POOLE,<br>  Defendants. | July 15, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the Defendants, HP Hood LLC ("HP Hood"), Tom Medlock, Ned Kershner, Nancy Carroll, and Margaret Poole, respectfully move for Summary Judgment on Plaintiff Samad Darouian's Seven Count Amended Complaint.[2] Specifically, HP Hood seeks judgment on Plaintiff's Count One (violation of Title VII of the Civil Rights Act of 1964 ("Title VII")); Count Three (violation of the Age Discrimination in Employment Act ("ADEA")); Count Four (retaliation in violation of Title VII, 42 U.S.C. Section 1981 ("Section 1981"), and the ADEA); and Count Five (violation of Conn. Gen. Stat. §31-51q). HP Hood and

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

---

[1] Plaintiff's former employer and the proper Defendant is HP Hood LLC, which was formerly known as HP Hood Inc. On April 5, 2004, the company changed its name to HP Hood LLC. There no longer is a legal entity with the name "HP Hood Inc."

[2] Although Plaintiff filed a Nine Count Complaint, by Order on November 25, 2002, this Court dismissed Counts Six (wrongful termination) and Seven (breach of implied covenant of good faith and fair dealing) as to all Defendants and Counts Four and Five as to the individually named Defendants.

the individually named Defendants seek judgment on Plaintiff's Count Two (violation of Section 1981); Count Eight (defamation); and Count Nine (intentional infliction of emotional distress) of the Amended Complaint dated August 27, 2002. As set forth in Defendants' Memorandum of Law in Support of this Motion and the affidavits and documentary exhibits attached thereto, there is no genuine issue as to any material fact that would prevent the entry of summary judgment in this case.

WHEREFORE, Defendants HP Hood, Tom Medlock, Ned Kershner, Nancy Carroll, and Margaret Poole respectfully request that this Court grant their Motion for Summary Judgment.

DEFENDANTS,
HP HOOD LLC, TOM MEDLOCK,
NED KERSHNER, NANCY CARROLL
AND MARGARET POOLE

By: _____
Tasos C. Paindiris (ct 16739)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel: (860) 522-0404
Fax: (860) 247-1330
paindirt@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 15th day of July, 2004, to the following counsel of record:

>Paul M. Ngobeni
>914 Main Street
>Suite 206
>East Hartford, CT  06108

_____
Tasos C. Paindiris

59467