UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMAD DAROUIAN,<br>Plaintiff | CIVIL NO. 302CV927(RNC) |
| v. | |
| HP HOOD, INC.,[1] TOM MEDLOCK,<br>NED KERSHNER, NANCY CARROLL,<br>AND MARGARET POOLE,<br>Defendants. | July 14, 2004 |

### AFFIDAVIT OF TASOS C. PAINDIRIS

TASOS C. PAINDIRIS, being duly sworn and according to law, deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath.

2. I am associated with the law firm of Jackson Lewis LLP, counsel for HP Hood LLC. ("HP Hood"), Tom Medlock, Ned Kershner, Nancy Carroll, and Margaret Poole in the above-captioned matter. This Affidavit is submitted in support of Defendants' Memorandum of Law in Support of their Motion for Summary Judgment ("Memorandum").

3. I affirm that a true and correct copy of Samad Darouian's ("Plaintiff") Amended Complaint dated August 27, 2002 that was identified at Plaintiff's deposition on April 8, 2004 is attached as Exhibit 1.

---

[1] Plaintiff's former employer and the proper Defendant is HP Hood LLC, which was formerly known as HP Hood Inc. On April 5, 2004, the company changed its name to HP Hood LLC. There no longer is a legal entity with the name "HP Hood Inc."

4. The Defendants' Memorandum is premised, in part, on the testimony adduced at Plaintiff's depositions. I affirm that true and correct copies of the pages from Plaintiff's depositions on April 8, 2004 and May 17, 2004, which are cited in Defendants' Memorandum are attached hereto as Exhibit 2.

5. I affirm that a true and correct copy of the Laboratory Technician job description that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 3.

6. I affirm that a true and correct copy of the verbal warning dated May 20, 1982 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 4.

7. I affirm that a true and correct copy of the written verbal warning dated Sept. 15, 1982 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 5.

8. I affirm that a true and correct copy of the disciplinary action memo dated April 18, 1984 that was identified at Plaintiff's deposition is on May 17, 2004 attached as Exhibit 6.

9. I affirm that a true and correct copy of the documentation of performance problem dated March 30, 1992 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 7.

10. I affirm that a true and correct copy of the performance evaluation dated Feb. 5, 1996 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 8.

11. I affirm that a true and correct copy of the documentation of performance problem dated March 5, 1999 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 9.

12. I affirm that a true and correct copy of the documentation of meeting on May 4, 1999 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 10.

13. I affirm that a true and correct copy of the memorandum from Tom Medlock to Ned Kershner dated Nov. 19, 1999 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 11.

14. I affirm that a true and correct copy of the performance evaluation dated Oct. 29, 1999 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 12.

15. I affirm that a true and correct copy of the written warning signed by Rich Brown on Nov. 16, 1999 that was identified at Plaintiff's deposition on April 8, 2004 is attached as Exhibit 13.

16. I affirm that a true and correct copy of the documentation by Nancy Carroll dated Nov. 18, 1999 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 14.

17. I affirm that a true and correct copy of the memorandum signed by Rich Brown on March 22, 2000 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 15.

18. I affirm that a true and correct copy of the written warning signed by Rich Brown on Jan. 24, 2000 that was identified at Plaintiff's deposition on April 8, 2004 is attached as Exhibit 16.

19. I affirm that a true and correct copy of the memoranda from Tom Medlock dated March 7, 2000; and March 7, 2000, March 31, 2000, and April 3, 2000 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 17.

20. I affirm that a true and correct copy of Plaintiff's Connecticut Commission on Human Rights Complaint Case No. 0010354 signed on March 24, 2000 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 18.

21. I affirm that a true and correct copy of the documentation by Nancy Carroll on March 31, 2000 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 19.

22. I affirm that a true and correct copy of the dismissal of Plaintiff's Connecticut Commission on Human Rights Complaint Case No. 0010354 dated Sept. 13, 2000 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 20.

23. I affirm that a true and correct copy of the dismissal of Plaintiff's Connecticut Commission on Human Rights Complaint Case No. 0110317 dated July 10, 2001 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 21.

24. I affirm that a true and correct copy of Plaintiff's Affidavit to the National Labor Relations Board dated March 2, 2001 that was identified at Plaintiff's deposition on April 8, 2004 is attached as Exhibit 22.

25. I affirm that a true and correct copy of the dismissal of Plaintiff's National Labor Relations Board Affidavit dated May 31, 2001 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 23.

26. I affirm that a true and correct copy of the denial of Plaintiff's appeal of dismissal of Plaintiff's National Labor Relations Affidavit dated Oct. 24, 2001 that was identified at Plaintiff's deposition on May 17, 2004 is attached as Exhibit 24.

27. I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter <u>Giordano v. Gerber Scientific Products, Inc.</u>, No. 399CV00712, 2000 U.S. Dist. LEXIS 22178 (D. Conn. Nov. 14, 2000) is attached as Exhibit 25.

28. I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter Olumide v. Travelers Insurance Co., No. CV910505575, 1994 Conn. Super. LEXIS 265, (Conn. Super. Ct. Feb. 4, 1994) is attached as Exhibit 26.

29. I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter Scandura v. Friendly's Ice Cream Corp., Inc., No. CV930529109, 1996 Conn. Super. LEXIS 1642 (Conn. Super. Ct. June 26, 1996) is attached as Exhibit 27.

30. I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter Torok v. Proof, No. CV900113204, 1993 Conn. Super. LEXIS 266, (Conn. Super. Ct. Feb. 2, 1993) is attached as Exhibit 28.

31. I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter Grynkiewicz v. Freight Liner of Hartford, No. CV990497586, 2000 Conn. Super. LEXIS 129 (Conn. Super. Ct. Jan. 12, 2000) is attached as Exhibit 29.

32. I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter Wormley v. Blue Cross and Blue Shield of Conn., Inc., No. CV96368735, 1996 Conn. Super. LEXIS 1550 (Conn. Super. Ct. Mar. 12, 1996) is attached as Exhibit 30.

33. I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter Emanuele v. Boccaccio & Susanin, No. CV900379667, 1994 Conn. Super. LEXIS 3156 (Conn. Super. Ct. Dec. 12, 1994) is attached as Exhibit 31.

34. I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter Rock v. Mott Metallurgical Corp., No. CV990492215, 2001 Conn. Super. LEXIS 207 (Conn. Super. Ct. Jan. 10, 2001) is attached as Exhibit 32.

35.  I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter <u>Thompson v. Service Merchandise, Inc.</u>, No. 396CV1602, 1998 U.S. Dist. LEXIS 13669 (D. Conn. 1998) is attached as Exhibit 33.

I have read the foregoing and it is true to the best of my knowledge and belief.

*[signature]*
TASOS C. PAINDIRIS, Esq.

Sworn to before me
this 14th day of July, 2004.

*[signature]* Cynthia M Bowar
Notary Public
My Commission Expires: 3/31/06

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 15th day of July, 2004, to the following counsel of record:

> Paul M. Ngobeni
> 914 Main Street
> Suite 206
> East Hartford, CT  06108

_____
Tasos C. Paindiris

59467