UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMAD DAROUIAN,<br>    Plaintiff<br><br>v.<br><br>HP HOOD, INC., 1 TOM MEDLOCK,<br>NED KERSHNER, NANCY CARROLL,<br>AND MARGARET POOLE,<br>    Defendants. | CIVIL NO. 302CV927(RNC)<br><br><br><br><br><br><br>July 15, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that HP Hood LLP, Tom Medlock, Ned Kershner, Nancy Carroll, and Margaret Poole have manually filed the following document or thing: Exhibits to the Affidavit of Tasos C. Paindiris Numbered 1-33.

This document has not been filed electronically because

[ ]    the document or thing cannot be converted to an electronic format
[x]    the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

_[signature]_

Tanya A. Wolanic
55 Farmington Avenue, Suite 1200
Hartford, CT  06105
Phone: (860) 522-0404
Fax: (860) 247-1330
E-mail: wolanict@jacksonlewis.com
Federal Bar Number: 24252

---

1 Plaintiff's former employer and the proper Defendant is HP Hood LLC, which was formerly known as HP Hood Inc. On April 5, 2004, the company changed its name to HP Hood LLC. There no longer is a legal entity with the name "HP Hood Inc."

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 15th day of July, 2004, to the following counsel of record:

>Paul M. Ngobeni
>914 Main Street
>Suite 206
>East Hartford, CT  06108

_____
Tanya A. Wolanic

59467