UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMAD DAROUIAN ) | |
|     Plaintiff ) | Civil Action No. |
| vs. ) | 3:02 CV 927(RNC) |
| H.P. HOOD, INC. ) | |
|     Defendant ) | |
| ) | AUGUST 9, 2004. |

**CONSENTED TO MOTION FOR EXTENSION OF TIME UNTIL SEPTEMBER 9, 2004 TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.**

    Pursuant to Local Rule, Plaintiff, by and through her counsel, respectfully requests this Court grant her an extension of time through September 9, 2004 to file her opposition to Defendants' Motion For Summary Judgment. Despite diligent efforts the said papers could not be finalized before the deadlines. On August 9, 2004, plaintiff's counsel contacted defendants' counsel, Tasos Paindiris, Esquire, by telephone to discuss Plaintiff's Request for Extension of Time. Attorney Paindiris consented to the request herein.

    This is the Plaintiff's first request for extension of time to respond to the motion for summary judgment.

    Paul M. Ngobeni, ct08187
**LAW OFFICES OF PAUL M. NGOBENI**
914 Main Street, Suite 206
East Hartford, CT 06108
Telephone (860) 289-3155
Facsimile (860) 282-7479

## **CERTIFICATION**

This is to certify that a copy of the foregoing was E-MAILED and mailed by firstclass mail on August 9, 2004 to:

>Attorney Tasos Paindiris
>Jackson Lewis
>55 Farmington Ave.
>Hartford, CT. 06105


---------------------------------------------------------
Paul M. Ngobeni