**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SAMAD DAROUIAN | ) |
| Plaintiff | ) |
| vs. | ) |
| H.P. HOOD, INC. | ) |
| Defendant | ) |
| | ) |

Civil Action No.
3:02 CV 927(RNC)

SEPTEMBER 6, 2004.

## MOTION FOR EXTENSION OF TIME UNTIL SEPTEMBER 22, 2004 TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

Pursuant to Local Rule, Plaintiff, by and through his counsel, respectfully requests this Court grant him an extension of time through September 22, 2004 to file his opposition to Defendants' Motion For Summary Judgment. Despite diligent efforts the said papers could not be finalized before the deadlines. On September 6, 2004, plaintiff's counsel contacted defendants' counsel, Tasos Paindiris, Esquire, by telephone to discuss Plaintiff's Request for Extension of Time. Attorney Paindiris was not available.

This is the Plaintiff's second request for extension of time to respond to the motion for summary judgment.

_____
Paul M. Ngobeni, ct08187
**LAW OFFICES OF PAUL M. NGOBENI**
914 Main Street, Suite 206
East Hartford, CT 06108
Telephone (860) 289-3155
Facsimile (860) 282-7479

## CERTIFICATION

This is to certify that a copy of the foregoing was E-MAILED and mailed by firstclass mail on September 6, 2004 to:

Attorney Tasos Paindiris
Jackson Lewis
55 Farmington Ave.
Hartford, CT. 06105

Paul M. Ngobeni