UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMAD DAROUIAN,<br>Plaintiff, | CIVIL NO. 3:02CV927 (RNC) |
| v. | |
| H.P. HOOD, INC.,<br>TOM MEDLOCK, NED KERSHNER,<br>NANCY CARROLL, AND<br>MARGARET POOLE<br>Defendants. | SEPTEMBER 10, 2004 |

## DEFENDANTS' APPLICATION FOR FEES PURSUANT TO THE COURT'S RECOMMENDED RULING ON MOTION TO DISMISS

Pursuant to this Court's Recommended Ruling on Motion to Dismiss dated September 1, 2004, Defendants submit this application for fees in the amount of $2,634.00 incurred in preparing Defendants' Motion to Dismiss and attending the Court's Hearing on the Motion on February 26, 2004. In support of this Application, Defendants state the following:

1. On September 21, 2003, Defendants filed a Motion to Dismiss due to Plaintiff's failure to comply with the Court's Order compelling Plaintiff to respond to Defendant's Interrogatories and Requests for Production of Documents.

2. On February 26, 2004, Counsel for Defendants appeared for a Hearing on the Motion to Dismiss as ordered by the Court.

3. On September 1, 2004, the Court issued a Recommended Ruling on Motion to Dismiss. In this Ruling the Court denied Defendants' Motion without prejudice and awarded to Defendants their request for fees and costs to be granted.

4.	In support of this Application Defendants have filed an Affidavit of the undersigned Counsel for Defendants with a detailed itemization of the fees incurred by Defendants in connection with the preparation of the Motion to Dismiss and attendance at the Hearing on February 26, 2004. The total amount of such fees is $2,634.00.

5.	Additionally, this Court previously awarded to Defendants fees and expenses as follows: $1,290 incurred as a result of having to file a Motion to Compel; $1,913 incurred in preparing the Motion to Dismiss, the Supplemental Memorandum and for the appearance in Court on April 2, 2003; $805.00 incurred in preparing for and attending the Show Cause Hearing on May 7, 2003. The total fees and expenses previously awarded by the Court is $4,008.00. To date *none* of this has been paid.

WHEREFORE, Defendants request an Order from the Court directing Plaintiff's counsel to pay Defendants' expenses in the amount of $2,634.00 as described in the Defendants' Affidavit. Defendants also request that the Court Order Plaintiff's counsel to pay Defendants the $4,008.00 in fees and expenses previously awarded by this Court.

> DEFENDANTS,
> H.P. HOOD, INC., TOM MEDLOCK
> NED KERSHNER, NANCY CARROLL
> AND MARGARET POOLE
>
> By: _____
> Tasos C. Paindiris (ct 16739)
> Jackson Lewis LLP
> 55 Farmington Avenue, Suite 1200
> Hartford, CT 06105
> Tel: (860) 522-0404
> Fax: (860) 247-1330
> E-mail: PaindirT@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 10th day of September, 2004 to the following counsel of record:

Paul M. Ngobeni
914 Main Street
Suite 206
East Hartford, CT 06108

_____
Tasos C. Paindiris