UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SAMAD DAROUIAN, | : |
| Plaintiff, | : DOCKET NO. 3:02CV927 (RNC) |
| | : |
| v. | : |
| | : |
| H.P. HOOD, INC., | : |
| TOM MEDLOCK, NED KERSHNER, | : |
| NANCY CARROLL, AND | : |
| MARGARET POOLE | : SEPTEMBER 10, 2004 |
| Defendants. | : |

### AFFIDAVIT OF TASOS C. PAINDIRIS IN SUPPORT OF DEFENDANTS' APPLICATION FOR FEES PURSUANT TO THE COURT'S RULING ON DEFENDANTS' MOTION TO DISMISS

TASOS C. PAINDIRIS, being duly sworn, deposes and says:

1. I am over eighteen years of age and I understand and believe in the obligations of an oath.

2. I make this affidavit freely, based on my personal knowledge of facts set forth herein.

3. I am an partner at the law firm of Jackson Lewis LLP and I represent the Defendants, H.P. Hood, Inc., Tom Medlock, Ned Kershner, Margaret Poole, and Nancy Carroll in this case.

4. I have attached as Exhibit A an itemized listing of the time entries associated with the preparation of Defendants' Motion to Dismiss and attendance at the Court's hearing on Defendants' Motion to Dismiss.

5.   Our practice at Jackson Lewis LLP is limited to the representation of employers in labor, employment and benefits matters, and related litigation.

6.   I was admitted to practice law in 1995. I have worked at Jackson Lewis since that time. Defendants have been billed for fees at $230 per hour for work performed in 2003 and $250 per hour for work performed during 2004. I am familiar with attorneys' hourly rates in Hartford County, Connecticut and believe that this rate is reasonable and commensurate with the rates of other comparable firms in Hartford County for attorneys with comparable experience, knowledge and skill.

7.   I spent a total of 10.8 hours in connection with the Defendants' Motion to Dismiss in this matter and attendance at the Court's hearing on Defendants' Motion to Dismiss. The total fees associated with the Motion to Dismiss are $2,634.00.

8.   The time expended was reasonable and necessary.

9.   I have continually exercised good billing judgment and made good faith efforts to exclude excessive, redundant or unnecessary fees and costs.

I have read the above ten paragraphs and they are accurate and complete.

                                                                     _____
                                                                     Tasos C. Paindiris

Subscribed and sworn to before me this
10th day of September 2004

_____
Notary Public
My Commission Expires: 3/31/06

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 10th day of September 2004, to the following counsel of record:

Paul M. Ngobeni
914 Main Street
Suite 206
East Hartford, CT  06108

_____
Tasos C. Paindiris

Samad Darouian v. H.P. Hood, Inc., et. al.          Ex. A

Docket No. 3:02CV927 (RNC)

Itemization of Attorneys' Fees Associated with
Defendants' Motion to Dismiss

| DATE | ATTORNEY | TIME | DESCRIPTION |
|---|---|---|---|
| 09/17/03 | TCP | 0.30 | Prepare information for resubmission to court in support of motion to dismiss |
| 09/19/03 | TCP | 0.80 | Prepare motion to dismiss for resubmission to Court |
| 09/21/03 | TCP | 2.20 | Continue preparation of motion to dismiss for resubmission to Court |

TOTAL 2003 HOURS           3.30
2003 Billing Rate          $230
**TOTAL 2003 Fees**        **$759.00**

| 01/22/04 | TCP | 2.00 | Prepare for oral argument on motion to dismiss |
| 02/02/04 | TCP | 0.50 | Plan and prepare for hearing on motion to dismiss |
| 02/02/04 | TCP | 0.20 | Review Court orders and pleadings on motion to dismiss |
| 02/26/04 | TCP | 2.10 | Plan and prepare for hearing on motion to dismiss |
| 02/26/04 | TCP | 2.70 | Attend hearing on defendants' motion to dismiss |

TOTAL 2004 HOURS           7.50
2004 Billing Rate          $250
**TOTAL 2004 Fees**        **$1,875.00**

**TOTAL FEES ASSOCIATED WITH DEFENDANTS' MOTION TO DISMISS: $2,634.00**