UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMAD DAROUIAN )<br>    Plaintiff )<br>vs. )<br>H.P. HOOD, INC. )<br>    Defendant )<br> )<br> ) | Civil Action No.<br>3:02 CV 927(RNC)<br><br>SEPTEMBER 24, 2004. |

**Plaintiff's Motion To Strike Portions of Defendants' Rule 54(a )(i) Statement, Exhibits, and the Affidavits of Attorney Tasos Paindiris In Support of Summary Judgment Motion.**

**Plaintiff** respectfully moves that this Court strike portions of the pleadings and affidavits as stated below:

Relying on double hearsay evidence, defendants have submitted results of the CCHRO investigation, NLRB investigation, in a way to buttress their case or to *refute any claim of an impermissible motive*. The CCHRO or NLRB decisions, are hearsay pursuant to Rule 802 of the Federal Rules of Evidence, are unfairly prejudicial pursuant to Rule 403 of the Federal Rules of Evidence and are irrelevant to the issues raised in plaintiff's Complaint. As such they may not properly be relied upon and considered by a Court on a summary judgment. To the extent defendants rely on the CCHRO decision, their argument must be rejected as that decision is not per se admissible. See Paolitto v. John Brown E.&C., Inc., 151 F.3d 60, 65 and n. 3 (2d Cir. 1998).

The NLRB finding is irrelevant, is hearsay pursuant to Rule 802 of the Federal Rules of Evidence and unfairly prejudicial pursuant to Rule 403 of the Federal Rules of Evidence and is not likely to be considered by a jury. Paragraphs 49 through 54 of the Rule 54(a )(i) Statement And Exhibits, and the Affidavits of Attorney Tasos Paindiris referring to CCHRO and NLRB findings should be stricken.

_____
Paul M. Ngobeni, ct08187
**LAW OFFICES OF PAUL M. NGOBENI**
914 Main Street, Suite 206
East Hartford, CT 06108
Telephone (860) 289-3155
Facsimile (860) 282-7479

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed by firstclass mail on September 24, 2004 to:

Attorney Tasos Paindiris
Jackson Lewis
55 Farmington Ave.
Hartford, CT. 06105

_____
Paul M. Ngobeni