UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAMAD DAROUIAN,              :
                             :
        Plaintiff,           :
                             :
v.                           :      CASE NO.   3:02CV927(RNC)
                             :
H.P. HOOD, ET AL.,           :
                             :
        Defendants.          :

### RECOMMENDED RULING ON MOTION TO DISMISS

Pending before the court is the defendants' motion to dismiss. (Doc. #60.) The defendants also seek an order awarding them the fees and costs incurred in this motion. The court recommends that the defendants' motion to dismiss be denied without prejudice and that their request for fees and costs be granted.

Discovery in this case has been lengthy, difficult and the subject of numerous motions.[1] Despite court orders, the plaintiff has failed to timely comply with his discovery obligations. The defendants now argue that the complaint should be dismissed because the plaintiff failed to provide complete responses to certain requests in the defendants' first set of discovery requests and because the plaintiff's attorney has not paid sanctions awarded against him for earlier discovery failures.

At the time the defendants filed their motion, there were

---

[1] The tortured procedural history was set forth by the court and appears in the transcript of the oral argument heard on this motion. See doc. #76, Tr. 2/26/04 at 2-12.

*Margin annotations:*

*Left margin:* September 28, 2004. After review and absent objection, the Magistrate Judge's recommended ruling is hereby approved and adopted. So ordered.

Robert N. Chatigny / U.S.D.J.