UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMAD DAROUIAN ) | |
|     Plaintiff ) | Civil Action No. |
| vs. ) | 3:02 CV 927(RNC) |
| H.P. HOOD, INC. ) | |
|     Defendant ) | |
| ) | OCTOBER 12, 2004. |

**PLAINTIFF'S OPPOSITION TO MOTION FOR FEES.**

Pursuant to Local Rule, Plaintiff, by and through her counsel, responds to defendants' Motion for Fees as follows:

(1) Defendants have failed to provided the basic information concerning their expenses necessary to assess the reasonableness of the claimed fees and expenses. Persons claiming litigation-expense reimbursement bear the burden of demonstrating the reasonableness of those expenses. In addition, the opposing party, in its effort to assess the reasonableness of claims, is entitled to review law firm records describing work performed by the claimant's attorneys and the amount of time expended with detail sufficient to determine whether the time was reasonably expended. It is not enough for counsel to submit their conclusory and self-serving statements.

(2) Defendants' counsel has provided no support that his fees application is based on the appropriate hourly rate taking into account the prevailing market rates in the legal community. Blum v. Stenson, 465 US 886, 895 (1984). There is no evidence as to what his law firm would normally charge its corporate clients for the services of the associate attorneys or partners assigned to this case. There is not a single affidavit establishing the prevailing market rate. The average hourly rate should be reduced to $175 per hour for a lawyer with Attorney Paindiris' experience.

Paul M. Ngobeni, ct08187
**LAW OFFICES OF PAUL M. NGOBENI**
914 Main Street, Suite 206
East Hartford, CT 06108
Telephone (860) 289-3155
Facsimile (860) 282-7479

### **CERTIFICATION**

    This is to certify that a copy of the foregoing was E-MAILED and mailed by firstclass mail on October 12, 2004 to:

        Attorney Tasos Paindiris
        Jackson Lewis
        55 Farmington Ave.
        Hartford, CT. 06105

-------------------------------------------------------
Paul M. Ngobeni