UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 31 P 3: 06
U.S. DISTRICT COURT
HARTFORD, CT.

SAMAD DAROUIAN,

    Plaintiff,

V.

                    CASE NO. 3:02CV927 (RNC)

HP HOOD, INC., ET AL.,

    Defendants.

RULING AND ORDER

After review and absent objection, the Magistrate Judge's recommended ruling (Doc. # 102) granting defendant's motion for summary judgment (Doc. # 82) is hereby approved and adopted.

So ordered.

Dated at Hartford, Connecticut this 31st day of January 2005.

                                              Robert N. Chatigny
                                        United States District Judge