UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMAD DAROUIAN | : |
| | : |
| v. | : CASE NO. 3:02CV927 (RNC) |
| | : |
| HP HOOD, INC., ET AL | : |

## JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Donna F. Martinez, United States Magistrate Judge, and the Robert N. Chatigny, United States District Judge and,

The Honorable Donna F. Martinez having considered the motion and the full record of the case including applicable principles of law, and having filed a recommended ruling granting the motion for summary judgment and the Court having issued a ruling and order which approved and adopted the recommended ruling, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 31st day of January 2005.

KEVIN F. ROWE, Clerk

By _____/s/lik_____
Linda I. Kunofsky
Deputy Clerk

EOD _____