UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 FEB -7  A 10: 03

U.S. DISTRICT COURT
HARTFORD, CT.

SAMAD DAROUIAN,                    :

    Plaintiff,                     :

    v.                             :      CASE NO. 3:02CV927 (RNC)

H.P. HOOD, INC., ET AL.,           :

    Defendants.                    :

## RULING AND ORDER

Pending before the court is defendants' Application for Fees Pursuant to the Court's Recommended Ruling on Motion to Dismiss. (Doc. #92.)[1] Defendants' request for fees is granted. Plaintiff challenges the amount of fees sought as being not adequately supported by the record. Based on the submissions of counsel, the court's familiarity with the file, the complexity of the case and the law involved, the court finds that the hourly rate and time charged by defendants' counsel is reasonable under the circumstances. Accordingly, the defendants are awarded $2,634.00.

SO ORDERED at Hartford, Connecticut this _4__ day of February, 2005.

_____
Donna F. Martinez
United States Magistrate Judge

_____

[1]The request follows this court's September 1, 2004 recommended ruling denying the defendants' motion to dismiss and granting the defendants' request for attorneys' fees and costs.